People of the State of Illinois, Defendant in Error, v. A. Fred Kabana, Plaintiff in Error.

Gen. No. 42,727.

Heard in the second division, first district, this court at the June term, 1943; opinion filed December 14, 1943; rehearing denied January 11, 1944. George G. Rinier and

Ray E. Lane, for plaintiff in error; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Joseph A. Pope, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.